■ In the Matter of SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, James Syracuse LLC, as Lessee, Respondent, v JOHN C. GAMAGE, Assessor, City of Syracuse, et al., Appellants. (Appeal No. 2.) [907 NYS2d 915]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 12, 2009. The order denied the motion of respondents to dismiss the tax certiorari petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Syracuse Indus. Dev. Agency v Gamage* (77 AD3d 1353 [2010] [decided herewith]). Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.